**Order entered October 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01036-CV

## IN THE INTEREST OF L.L.V., A CHILD

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-56612-2021**

## ORDER

Before the Court is appellant's October 25, 2022 motion for an extension of time to file the docketing statement. We **GRANT** the motion and extend the time to **November 28, 2022**. A copy of the docketing statement is enclosed.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE